FILED

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0285

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0285

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAMES JOEY HILL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 19, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 20 2020